# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE OCHOA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:19-cv-00689-MAA <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: March 23, 2020

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE